**No. 10-112. Subbamma V. Vadde, Petitioner v. Bank of America.**

562 U.S. 1088, 131 S. Ct. 694, 178 L. Ed. 2d 524, 2010 U.S. LEXIS 9121.

November 29, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 894, 131 S. Ct. 298, 178 L. Ed. 2d 143, 2010 U.S. LEXIS 6399.

**No. 10-138. Victor Madeja, Petitioner v. Pennsylvania.**

562 U.S. 1088, 131 S. Ct. 694, 178 L. Ed. 2d 524, 2010 U.S. LEXIS 9301.

November 29, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 895, 131 S. Ct. 319, 178 L. Ed. 2d 145, 2010 U.S. LEXIS 6243.

**No. 10-139. Grazyna H. Christman, Petitioner v. Utica National Insurance Group, Inc.**

562 U.S. 1088, 131 S. Ct. 694, 178 L. Ed. 2d 524, 2010 U.S. LEXIS 9059.

November 29, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 895, 131 S. Ct. 321, 178 L. Ed. 2d 145, 2010 U.S. LEXIS 6094.

**No. 10-197. Christa Bauer, Petitioner v. Eric H. Holder, Jr., Attorney General.**

562 U.S. 1088, 131 S. Ct. 694, 178 L. Ed. 2d 524, 2010 U.S. LEXIS 9391.

November 29, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 897, 131 S. Ct. 347, 178 L. Ed. 2d 148, 2010 U.S. LEXIS 6185.

**No. 10-307. Jose Melendrez, Jr., Petitioner v. Samuel Fred Biery, Judge, United States District Court for the Western District of Texas, et al.**

562 U.S. 1088, 131 S. Ct. 694, 178 L. Ed. 2d 524, 2010 U.S. LEXIS 9318.

November 29, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 964, 131 S. Ct. 498, 178 L. Ed. 2d 292, 2010 U.S. LEXIS 8070.

**No. 10-5089. Mark Vannausdle, Petitioner v. Pierce County Department of Assigned Counsel, et al.**

562 U.S. 1088, 131 S. Ct. 695, 178 L. Ed. 2d 524, 2010 U.S. LEXIS 9107.

November 29, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 903, 131 S. Ct. 239, 178 L. Ed. 2d 159, 2010 U.S. LEXIS 6257.

**No. 10-5116. Ronald Wayne Cady, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

562 U.S. 1088, 131 S. Ct. 695, 178 L. Ed. 2d 524, 2010 U.S. LEXIS 9072.

November 29, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 904, 131 S. Ct. 243, 178 L. Ed. 2d 162, 2010 U.S. LEXIS 6290.